IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LEE EDWARD WILLIAMS,

                              Petitioner,

        v.                                             CASE NO. 25-3188-JWL

TOMMY WILLIAMS,

                              Respondent.

**MEMORANDUM AND ORDER**

This matter is a pro se petition for writ of habeas corpus filed by Petitioner and state prisoner Lee Edward Williams. On October 2, 2025, the Court issued a memorandum and order ("M&O") that identified certain deficiencies in the petition and granted Petitioner to and including November 3, 2025 in which to file an amended petition that cures the deficiencies. (Doc. 7.) The M&O was mailed to Petitioner. On October 21, 2025, the Court received the mail to Petitioner returned (Doc. 8) and it remailed the M&O. On October 31, 2025, the Court received from Petitioner a motion to continue. (Doc. 9) The motion is liberally construed as a motion for extension of time in which to file the amended petition and will be granted.

**IT IS THEREFORE ORDERED** that the motion to continue (Doc. 9) is **granted**. Petitioner is granted to and including **December 2, 2025**, in which to file his amended petition in compliance with the October 2, 2025 memorandum and order (Doc. 7).

**IT IS SO ORDERED.**

DATED: This 3rd day of November, 2025, at Kansas City, Kansas.

                                                    S/ John W. Lungstrum
                                                    JOHN W. LUNGSTRUM
                                                    United States District Judge